# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ALBERT C. BURGESS, JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:13-cv-00340-MR |
| | ) | [1:09-cr-00017-1] |
| vs. | ) | |
| | ) | |
| ATTORNEY GENERAL | ) | |
| OF THE UNITED STATES, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 14, 2014 Order.

April 14, 2014

Frank G. Johns, Clerk
United States District Court